cc: Fiscal Section

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JULIE ANNE DARRAH and VIVID FINANCIAL MANAGEMENT, INC.,<br><br>Defendants.<br><br>PC&J JOINT VENTURES, LLC,<br><br>Relief Defendant. | Case No. 2:23-cv-08843-DSF-AGR<br><br>**ORDER MODIFYING PRELIMINARY INJUNCTION TO ALLOW: (1) PAYMENT OF EXPENSES FOR PROPERTIES TO BE SOLD; (2) DEFENDANT JULIE ANNE DARRAH TO DISPOSE OF CERTAIN ASSETS; AND (3) PAYMENT OF ATTORNEYS' FEES** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, having read and considered the Stipulation to Modify Preliminary Injunction to Allow: (1) Payment of Expenses for Properties to be Sold; (2) Defendant Julie Anne Darrah ("Defendant") to Dispose of Certain Assets; and (3) Payment of Attorneys' Fees, which was filed by Plaintiff Securities and Exchange Commission ("SEC") and Defendant Julie A. Darrah ("Defendant') and seeks to modify the asset freeze in the preliminary injunction the Court issued on October 20, 2023, Dkt. No. 13 (the "asset freeze"), finds there is good cause for a modification of the asset freeze and the stipulation is HEREBY GRANTED.

IT IS HEREBY ORDERED THAT the asset freeze shall be modified to allow the following:

a. The marketing and sale of a 2018 Hino refrigerated truck used in Wanderlust Foods business, with an estimated value of $50,000, and VIN ending in 58138, so long as the proceeds from the sale are transferred to the Court registry account established by the Court in this case (Dkt. No. 29);

b. The transfer of $59,724.70 from the Court registry account established by the Court in this case (Dkt. No. 29) to the attorney trust account of Mr. Lewitas and his firm, Lewitas Hyman PC, so long as those funds are used for his reasonable attorneys' fees incurred from October 25, 2023 through June 30, 2024; and

///
///
///
///
///
///
///
///

1

      c.    The transfer of $21,858 from the Court registry account established by the Court in this case (Dkt. No. 29) to the attorney trust account of Mr. Lewitas and his firm Lewitas Hyman PC, so long as those funds are used to make mortgage payments and other necessary expenses on the properties to be sold in accordance with this Court's prior modifications of the preliminary injunction (Dkt. Nos. 32 and 57), and once transferred from the Court's registry to his attorney trust account, Mr. Lewitas shall oversee and administer the payment of these funds, as he has in the past.

Dated: August 22, 2024

*/s/ Dale S. Fischer*
THE HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE