DANIEL S. LIM (Cal. Bar No. 292406)
Email: limda@sec.gov
DOUGLAS M. MILLER (Cal. Bar No. 240398)
Email: millerdou@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Gary Y. Leung, Associate Director
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JULIE ANNE DARRAH and VIVID FINANCIAL MANAGEMENT, INC.,<br><br>Defendants. | Case No. 2:23-cv-08843-DSF-AGR<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF FILING OF FINAL JUDGMENT PURSUANT TO COURT ORDER (DKT. 123)** |

1    PLEASE TAKE NOTICE that, as directed by this Court's October 2, 2025
2 Order Granting in Part and Denying in Part Plaintiff Securities and Exchange
3 Commission's ("SEC") Motion for Default Judgment as to Defendant Vivid Financial
4 Management, Inc. ("VFM") (Dkt. No. 123 or the "Order"), the SEC hereby files a
5 proposed Final Judgment with respect to VFM.
6    Consistent with the Order, the SEC also files a declaration supporting an
7 updated prejudgment interest calculation. (*Id.* at 23.)

Dated:  October 8, 2025              Respectfully submitted,

                                     */s/ Daniel S. Lim*
                                     Daniel S. Lim
                                     Attorney for Plaintiff
                                     Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On October 8, 2025, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF FILING OF FINAL JUDGMENT PURSUANT TO COURT ORDER (DKT. 123)** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  October 8, 2025                 /s/ Daniel S. Lim
                                       Daniel S. Lim

2

*SEC v. Julie Anne Darrah, et al*
United States District Court—Central District of California
Case No. 2:23-cv-08843-DSF-AGR

**SERVICE LIST**

Bruce M. Lewitas, Esq. **(by CM/ECF)**
Lewitas Hyman, PC
161 N. Clark Street, Suite 1600
Chicago, IL 60601
Email: blewitas@securitieslaw.com
*Attorney for Defendant Julie Anne Darrah*

Edward M. Robinson, Esq. **(by CM/ECF)**
Law Office of Edward M. Robinson
21515 Hawthorne Boulevard, Suite 730
Torrance, CA 90503
Email: eroblaw@gmail.com
*Attorney for Defendant Julie Anne Darrah*

Aaron S. Dyer, Esq. **(by CM/ECF)**
Pillsbury Wintrop Shaw Pittman LLP
725 S. Figueroa Street, 36th Floor
Los Angeles, CA 90017
Email: aaron.dyer@pillsburylaw.com
*Attorney for Defendant Vivid Financial Management, Inc.*

J. Ryan Stasell, Esq. **(by CM/ECF)**
Pillsbury Wintrop Shaw Pittman LLP
11682 El Camino Real, Suite 200
San Diego, CA 92130
Email: ryan.stasell@pillsburylaw.com
*Attorney for Defendant Vivid Financial Management, Inc.*