SONDRA PANAHI (*Pro Hac Vice*)
Securities and Exchange Commission
801 Brickell Ave., Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6337
Email: panahis@sec.gov

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Western Division

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> JULIE ANNE DARRAH and VIVID FINANCIAL MANAGEMENT, INC., <br><br> Defendants. | Case No.: 2:23-CV-08843-DSF-AGR <br><br> **United States District Judge: Honorable Dale S. Fischer** <br><br> **NOTICE OF MOTION AND MOTION TO TRANSFER FUNDS FOR DISTRIBUTION AND TURNOVER** <br><br> Date: September 14, 2026 <br> Time: 1:30pm <br> Ctrm: 7th Floor 7D <br> Judge: Hon. Dale S. Fischer |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, upon the accompanying Motion, Memorandum, and Proposed Order, and all other related papers and proceedings, Plaintiff, the Securities and Exchange Commission (the "SEC" or the "Commission") will move this Court, on September 14, 2026 at 1:30pm, for an Order directing the Commission to disburse $1,369,856.43 in funds currently held on deposit in an SEC-designated account with the U.S. Treasury Bureau of the Fiscal Service ("U.S. Treasury"), as well

as any and all future funds collected by the SEC in this matter, to the parallel criminal proceeding that has victims who were harmed investors in this case, *U.S. v. Julie Anne Darrah*, 2:24-CR-725-ODW (C.D. Cal.), for distribution pursuant to the Order of Restitution entered in the Criminal Action.

The SEC also will request an order for turnover to the SEC of certain assets of Defendant Julie Darrah being held by her former counsel Hyman Cotter, PC (f/k/a Lewitas Hyman PC) ("Hyman Cotter") less outstanding attorneys' fees. The SEC further requests that the court authorize Hyman Cotter to retain $5,100 of the trust account assets to satisfy the outstanding legal fees and costs associated with the firm's representation of Julie Darrah in this proceeding.

## MOTION TO TRANSFER FUNDS
## FOR DISTRIBUTION AND TURNOVER

Plaintiff Securities and Exchange Commission (the "SEC" or the "Commission") respectfully moves the Court to enter an order:

1.      Directing the Commission to turn over the entirety of the funds collected in this matter (currently $1,369,856.43) which are currently held on deposit in an SEC-designated account with the U.S. Treasury, and any and all future funds collected or otherwise remitted towards the SEC's Judgment in this matter, to the Court's registry account for *U.S. v. Julie Anne Darrah*, 2:24-CR-725-ODW (C.D. Cal.) (the "Criminal Action"), for distribution pursuant to the Order of Restitution entered by the Court in the Criminal Action;

Case No. 2:23-CV-08843-DSF-AGR

2.      Directing the law firm of Hyman Cotter to turn over $16,781.01 from its trust account, which is the total amount being held in connection with the firm's former representation of Darrah less $5,100 in fees owed, to the Court's registry account for *U.S. v. Julie Anne Darrah*, 2:24-CR-725-ODW (C.D. Cal.) (the "Criminal Action"), for distribution pursuant to the Order of Restitution entered by the Court in the Criminal Action;

3.      Authorize Hyman Cotter to retain $5,100 of the trust account assets to satisfy the outstanding legal fees and costs associated with the firm's representation of Julie Darrah in this proceeding.to satisfy legal fees owed by Darrah; and

4.      Order such other relief as the Court may find just and proper.

5.      The grounds for this motion are set forth in the accompanying Memorandum in Support of Motion to Transfer Funds for Distribution and Turnover filed contemporaneously herewith.

6.      WHEREFORE, the SEC respectfully requests that the Court enter an Order substantially in the form submitted with this Motion.

Date: July 8, 2026              Respectfully submitted,

By:    /s *Sondra Panahi*

Sondra Panahi
Trial Counsel
Division of Enforcement - Office of Distributions
Securities and Exchange Commission

801 Brickell Avenue
Miami, Florida 33131
Tel # (305) 982-6337
panahis@sec.gov

Susan Pecaro
Assistant Director
Division of Enforcement - Office of Distributions
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
Tel # (202) 551-4489
pecaros@sec.gov

Attorneys for Plaintiff Securities and Exchange Commission

Case No. 2:23-CV-08843-DSF-AGR

## CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is UNITED STATES SECURITIES AND EXCHANGE COMMISSION, 801 Brickell Ave., Suite 1950, Miami, FL 33131.

On July 8, 2026, I caused to be served the document entitled **NOTICE OF MOTION AND MOTION TO TRANSFER FUNDS FOR DISTRIBUTION AND TURNOVER** on all the parties to this action addressed as stated on the attached service list:

**By ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list to:

    **Attorneys For Defendant Julie Anne Darrah:**
    Bruce Lewitas, Esq.
    Email: blewitas@securitieslaw.com

    Edward M. Robinson, Esq.
    Email: eroblaw@gmail.com

**By U.S. MAIL:** I caused such envelope with fully prepaid postage thereon to be placed in the United States Mail at Washington, D.C. to:

    **Defendant: Julie Anne Darrah**
    Julie Anne Darrah- Inmate Register #58984-511
    FCI Victorville Medium I - Federal Correctional Institution
    LEGAL MAIL – Open in the Presence of Inmate
    PO Box 5300
    Adelanto CA 92301

**By E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 8, 2026

                */s/ Sondra Panahi*
                Sondra Panahi
                Attorney for Plaintiff

Case No. 2:23-CV-08843-DSF-AGR