**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>vs.<br>JULIE ANNE DARRAH and VIVID FINANCIAL MANAGEMENT, INC.,<br>Defendants. | Case No.: 2:23-CV-08843-DSF-AGR<br><br>**ORDER TRANSFERRING FUNDS FOR DISTRIBUTION AND TURNOVER**<br><br>**(Dkt. 131)** |

**TURNOVER**

The Court having reviewed the Plaintiff Securities and Exchange Commission's Motion to Transfer Funds for Distribution and for Turnover and the accompanying Memorandum of Law in Support, having found that the relief requested is in the best interests of injured investors and all parties in interest, no opposition having been filed, and after due deliberation and good cause shown,

**IT IS ORDERED:**

1. The Motion is **GRANTED**.

2. The Commission shall pay $1,369,856.43 and all funds it presently holds in connection

with the above captioned action, together with all interest accrued thereon, and any future funds it may collect or otherwise receive, to the "Clerk of the Court" in the parallel criminal action, *U.S. v. Julie Anne Darrah*, 2:24-CR-725-ODW (C.D. Cal.) (the "Criminal Action") for distribution pursuant to the Order of Restitution entered by the Court in the Criminal Action. The SEC staff will coordinate with the Clerk of the Court for the transfer of funds and obtain instructions accordingly.

3. The law firm of Hyman Cotter shall remit payment of $16,781.01, with the remaining $5,100.00 held in its trust account to be retained and applied to the outstanding fees and costs associated with the firm's representation of Julie Darrah in this proceeding. The payment of $16,781.01 shall be made by check to the order of the "Clerk of the Court" in the parallel criminal action, *U.S. v. Julie Anne Darrah*, 2:24-CR-725-ODW (C.D. Cal.) for distribution pursuant to the Order of Restitution entered by the Court in the Criminal Action. Such payment should have the defendant's name and 2:24-CR-725-ODW written in the lower left corner of the check and shall be accompanied by a cover letter copied to the Commission's counsel of record that identifies the caption and action number of this case, the name of this Court, and indicates that the funds are being paid pursuant to the Final Judgment entered in this matter on December 18, 2024 (Dkt. 86).

4. Hyman Cotter is authorized to retain $5,100 of the trust account assets to satisfy the outstanding legal fees and costs associated with the firm's representation of Julie Darrah in this proceeding.

**IT IS SO ORDERED.**

Dated: September 16, 2026

Dale S. Fischer

Dale S. Fischer
United States District Judge